No. 07-24-00050-CR

| | | |
|---|---|---|
| Alfredo Paez, Jr.<br>Appellant | § | From the 364th District Court<br>of Lubbock County |
| | § | |
| v. | | February 11, 2025 |
| | § | |
| The State of Texas<br>Appellee | § | Opinion by Chief Justice Quinn |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 11, 2025, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o